

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAYMOND BLAKE PETERS #345595 | DOCKET NO. 09-CV-1435; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| 9TH JUDICIAL DISTRICT COURT | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint seeking release from custody be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim for which relief can be granted. Plaintiff's complaint for damages is **DENIED AND DISMISSED WITH PREJUDICE** to being asserted again until the Heck conditions are met.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 11 day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE